## U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 22, 2018

**BY FAX**

The Honorable Henry Pitman
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

18 M 5372

Re: *United States v. Ramon Paulino*

> Mr. Paulino's release is stayed until 5:00 P.M on June 28, 2018 or the day that the Part I Judge holds the hearing.
>
> SO ORDERED.
> /s/ Henry Pitman
> HENRY PITMAN
> UNITED STATES MAGISTRATE JUDGE

Dear Judge Pitman:

The Government respectfully submits this letter seeking a stay of the Court's decision to grant bail to defendant Ramon Paulino, pending the Government's appeal of this decision. The Government intends to appeal the Court's decision and is in the process of arranging for a hearing, but as of now has been unable to reach the chambers of Judge Koeltl (who is currently serving Part I duty) or Judge Carter (who will be serving Part I duty next week) to schedule a hearing. Accordingly, the Government requests a stay until an appeal can be heard by the Part I judge on duty. The Government has contacted defense counsel regarding this request but has not received a response.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/ Sarah Mortazavi
Sarah Mortazavi
Assistant United States Attorney
(212) 637-2520

cc: Jullian Harris-Calvin (via E-mail)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/18
```

18-MAG-5372

TOTAL P.02